UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Darnell Lamar Harris,

                                  ORDER ADOPTING
v.                    REPORT AND RECOMMENDATION

Sheriff Al St. Lawrence,
et al.,

      Defendants.                     Civ. No. 13-958 (MJD/LIB)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

That the Plaintiff's Complaint [Docket No. 1] is **DISMISSED WITHOUT PREJUDICE**, for failure to comply with this Court's Order of April 29, 2013, [Docket No. 6], and for lack of prosecution.

DATED: July 1, 2013                                s/Michael J. Davis
At Minneapolis, Minnesota                Michael J. Davis, Chief Judge
                                                    United States District Court